# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of May, two thousand twenty-four.

Before:    Dennis Jacobs,
              Richard J. Sullivan,
              William J. Nardini,
                  *Circuit Judges.*

United States of America,

        Appellee,

    v.

Jeffrey Soberman Parket,

        Defendant-Appellant.

**ORDER**

Docket No. 24-898

    Defendant-Appellant Jeffrey S. Parket seeks a stay of the time to surrender to begin serving his prison sentence or, alternatively, for bail pending appeal. The Government opposes the motion.

    Upon due consideration, it is hereby ORDERED that the motion is DENIED.

                            For the Court:
                            Catherine O'Hagan Wolfe,
                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/07/2024